**DISMISS; and Opinion Filed January 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00276-CV

**DESTINY AUTO WORLD, INC., Appellant**

**V.**

**AMBER MONTGOMERY, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-03293-C**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Evans

Appellant's brief in this case is overdue. By postcard dated June 24, 2013, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file both an appellant's brief and an extension motion within ten days. We cautioned appellant that failure to file the brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/David W. Evans/
DAVID EVANS
JUSTICE

130276F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DESTINY AUTO WORLD, INC.,
Appellant

No. 05-13-00276-CV          V.

AMBER MONTGOMERY, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-12-03293-C.
Opinion delivered by Justice Evans.
Justices Moseley and Bridges participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee AMBER MONTGOMERY recover her costs of this appeal from appellant DESTINY AUTO WORLD, INC.

Judgment entered this 27th day of January, 2014.

/David W. Evans/

DAVID EVANS
JUSTICE